E-FILED
Tuesday, 14 September, 2021 09:56:03 AM
Clerk, U.S. District Court, ILCD

Exhibits Attached To "Plaintiffs §1983 Civil Rights Complaint For Damages"

- Exhibit A-1 thru A-3 Plaintiff Grievance "#081066"
- Exhibit B-1 thru B-2 Response to Plaintiff's Grievance "#081066" Grievance officer
- Exhibit C Final Denial of Plaintiffs Grievance "#081066"
- Exhibit D1- Thru D2 Affidavit of Cesilio Ramirez #M29540 regarding #081066
- Exhibit E1 thru E3 Affidavit of Johnny White #K68571 regarding #081066
- Exhibit F1 thru F2 Affidavit of Ian Lockhart #R18787 regarding #081066
- Exhibit G1 thru G4 Plaintiff Grievance "#081419"
- Exhibit H1 thru H2 Response to Plaintiffs Grievance "#081419" Grievance officer
- Exhibit I Notification of reception to Plaintiffs Appeal Grievance #081419
- Exhibit J Final Denial of Plaintiffs Grievance #081419
- Exhibit K1 thru K4 Plaintiffs Grievance "#081951"
- Exhibit L Response to Plaintiffs Grievance "#081951" Grievance officer
- Exhibit M Final denial of Plaintiffs Grievance "#081951"
- Exhibit N1 thru N3 Affidavit of Juan Villalobos #R17408 regarding #081951
- Exhibit O1 thru O4 Plaintiff Grievance #083090"
- Exhibit P Notification of reception of Plaintiffs Grievance #083090"
- Exhibit Q Notification of reception of Plaintiffs Grievance appeal #083090
- Exhibit R1 thru R2 Response to Plaintiffs Grievance #083090 Grievance officer
- Exhibit S Final denial of Plaintiffs Grievance #083090

Exhibit A-1

Housing Unit: NA 836 Bed #

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

081066

Date: 10.4.19 | Offender (Please Print): B. Hargarten | ID#: R47926

Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☒ Other (specify): Conditions of Confinement
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Offender produces this grievance in compliance of the Illinois Administrative Code Section (I.A.C.S.) 504.810(a) grievance procedures.

While serving out a disciplinary recommendation in the Pontiac Correctional Center (Pon.C.C.) North Administrative Detention Segregative unit (N.A.D.S.U.) this offender suffered & continues to suffer daily atypical & significant hardship in relation to the ordinary incidents of prison life. The conditions of confinement that imposes this atypical & significant hardship consists of a multitude of elements, namely but not limited or excluding to as follows;

I. Decontamination of Cell. On August 11th, 2019 offender was housed in the N.A.D.S.U. in cell #838 when the water on his sink completely ceased to work. In doing so

**Relief Requested:** ① No retaliation come due to grievance ② Corrective action be taken ③ Response included saying offender suffered atypical & significant hardships due to staff actions ④ Due process violation response

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance

Brian J Hargarten — Offender's Signature | R47926 — ID# | 10/4/19 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 10/11/19 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: There is no record of cell NA836 having water issue. Offender is now housed in cell N730. Offenders cells are cleaned and ventilated after chemical agents are used. Windows were open on the gallery and fans were used to help with the ventilation. Showers are cleaned 3 days a week after use on (cont on pg 3)

Horton — Print Counselor's Name | Horton — Counselor's Signature | 10/21/19 — Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___ | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Received OCT 11 2019 Pontiac Griev...

Chief Administrative Officer's Signature | Date ___/___/___

Distribution: Master File; Offender | Page 1 | DOC 0046 (12/2018)

Exhibit A-2

081065

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Housing Unit ______ Bed # ______

offender began to Constantly notify Morning shift Correctional Officers (C/o) Consisting of C/o Bryan, Sargent (Sgt) Edens & Evening shift C/o Christian Burton, Sgt. Livingston & the assigned designated Cellhouse Lieutenant (Lt.) Complaining of not having working water. After Constantly Complaining for two days straight On August 13th, 2019 C/o Burton & the assigned cellhouse Lt. for that specific day Moved this offender into cell # 836 in the N.A.S. S.U. The cell had not been decontaminated or cleansed & was Covered with the Chemical Agent Known as Mace. Upon placing offender in the cell the Assigned Lt. stated "So you want to complain about not having water, let's see how you deal with living in Mace." The entire Cell walls, Ceiling, Floor & Ventilation system was caked with Mace; as offender Johnny White # had recently been maced heavily & extracted from within cell # 836 just days prior to Haggerty being placed into the cell. Offender Suffered & Continues to suffer from Burning skin, itchy watery burning eyes, Constant Sneezing, Raw burning throat, sleep deprivation due to the constant burning from the mace / Chemical agent. This is a re-occurring situation due to offender not being able to Adequately Decontaminate the cell. Offender Notified & Continues to notify Correctional Staff of the reoccurring issues daily. This staff consists of C/o Lindsay, C/o Jackson, C/o Bryan & other John / Jane Does Unknown at this time.

II - Inadequate Cleaning Supplies... I.A.C.S. 504.620 (D) Segregation Standards State "Each cell shall be maintained in a sanitary condition & cleaning materials shall be made available on a regular basis". As explained above in paragraph # I. Offender's cell had not been decontaminated from the dispersement of a chemical agent known as Mace. It is a common & custom practice that the N.A.S.U. C/o Staff do not supply offenders with adequate cleaning supplies in order to maintain a Sanitary living environment such as but not limited to a scrub brush, broom, mop, adequate Soap, towels etc.. Therefore enabling offender to properly decontaminate cell # 836 from the chemical agent of Mace; in a Sanitary fashion. Offender has requested these (above mentioned) cleaning supplies on numerous occassions from C/o Burton, C/o Mentez, C/o Bryan, Sgt. Craig Wilson & Sgt Blackwell (Female) Only to be told Cleaning Soap is distributed on Sunday P.M. shift. This does not counter the other needed essentials to clean the cell with & often the "dish soap" passed out is so diluted it nearly amounts to bubbly-water... Thus deprivation of being able to Decontaminate the Cell in a sanitary manner.

III. A - Inadequate Ventilation System... I.A.C.S. 504.620 (C) Segregation Standards states "Segregation cells shall be located at or above ground level, provide visual access to natural light & have heat & ventilation consistent with the climate". In the instant matter offender sets forth that the Ventilization system inside his cell # 836 does not work as the inside of the vent is Covered in dust, mold, fungus & other unidentifiable Agents. The passing of any air (at minimally) aggravates & disrupts offenders Allergies & Symptoms forcing his Nostrils to become decongested, Sneezing uncontrollably, Swollen eye sockets, Running-dripping Nose & extreme headaches... This is a daily reoccurrence & Causes sleep deprivation in that offender is unable to sleep due to Constant Sneezing & the need to blow his nose. Offender alerted the Sgt. Edens & Dr. Tilden (for Wexford Health care) of how this Inadequate Ventilation system affects his

Exhibit A-3

Housing Unit NA836 Bed #

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

081036

Date: 10.4.19 Offender (Please Print): B. Hargarten ID#: R47926

Present Facility: Pontiac Corr. Center Facility where grievance issue occurred: Pontiac Corr. Center

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Conditions of Confinement
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Disciplinary Report: / / Date of Report — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

alleyes etc only to be told by Sgt. Edens it isn't my problem.
B. - Furthermore in the tunnel located directly behind offenders Inadequate Ventilation system (in his cell) there is a broken pipeline directly connected to the toilet facilities that everytime a toilet is flushed in the vacinity the broken pipe gushes soiled feaces toilet water onto the vent often leaking into offender's cell. This has been an issue for longer than need be. The un-assisted water in the tunnel causes strong odors of feaces, urine, mildew, & mold to be present lingering in the air within the cell. This extreme odor has caused a lack of appetite resulting in loss of weight, depression, increased anxiety, & often vomiting into the toilet.

**Relief Requested:** Again offender brought this issue to Sgt. Edens attention on multiple occasions only to be told to "deal with it."

IV. - Non-Sanitary / Inadequate Recreational Periods. During

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self
- [x] Check if this is NOT an emergency grievance

Brian J Hargarten (Offender's Signature) R47926 (ID#) 10/4/19 (Date)

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 10/11/19
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: shower days). Cleaning supplies are offered once a week (Sundays) on 2nd shift. Approved cleaning supplies are a administrative decision. I spoke to Sgt Edens. He said that if the issues were brought to him, a work order would have been completed. There is no record of a work order being completed.

J Horton (Print Counselor's Name) (cont. pg 5) JHorton (Counselor's Signature) 10/21/19 (Date of Response)

**EMERGENCY REVIEW**

Date Received: Received OCT 11 2019 Pontiac Grievance Off.

Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature — Date / /

Housing Unit ____________ Bed # ____

Exhibit A-4

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

recreation periods in Pon. C.C. N.A.D.S.U. offenders are only allowed to attend the outdoor singleman cages. Recreational periods last for approximately three hours & are held three days a week. During these periods offenders don't have access to, nor are they allowed to utilize the toilet facilities. They're forced to urinate & defecate publicly within their individual recreational cage. This forces others to endure hours of inhaling the strong foul odors of human waste from multiple individuals. Segregation offenders are forced to stand side by side with Seriously Mentally ill (S.M.I), Mentally ill (M.I) & other offenders whom spit on & throw feces, blood & urine (sometimes mixed with chemical harmful agents) on offenders around them in singleman rec. cages. These assaults are a regular occurrence & offender has personally been assaulted in this fashion on a few separate occasions. After doing so I reported this assault directly to Sgt. Edens whose response was "tell me something new in Pontiac"... One assault took place in particularly on August 15th, 2019 & offender was not allowed to shower, issue a change of clothing or immediate proper medical attention. During Recreational periods offenders are not allowed or able to sanitarily wash & clean their hands & genitals after using the yard cages as a relief of their bowels/human waste. Furthermore. Although yard recreation periods are three times a week for appx. three hours in duration offenders in segregation must choose between attending a recreational period or Mental Health treatment (in my case on Saturday) thus depriving offender of his Constitutional right to recreation if & when he chose to not suffer the conditions described in relation to Recreation Periods above.

**V.** Non-Sanitary Showers - I.A.C.S. 504.620(g)(1) Segregation Standards states as follows; "Personal Health & hygiene needs of the offender shall be permitted as follows. A shower & shave no less than three times per week." ~~[illegible]~~ Shower sessions are scheduled in the N.A.D.S.U. eight gallery every Monday, Wednesday & Friday of the week. The shower area consists of a 3 feet by 3 feet by 2 feet steel box where offenders are locked into that small confined area & forced to shower standing straight up without room to move from right to left. These showers are never or rarely/seldomly cleaned, scrubbed / decontaminated from the weeks usage. The shower walls are often slimy with soap scum, fungus & mold where as offenders are afraid of moving in the shower of rubbing up against the nasty shower walls. The drainage is always clogged up forcing offender to stand in between 1-1½ feet of dirty, scum filled water of the last man/individuals usage. On many occasions it's not abnormal to witness huge waterbugs crawling through the water in the shower area... Large globs of hair is seen plastered to the wall or flooring in the already flooded shower. Offenders are forced to stand in this disgusting water for between 30 minutes to an hour at a time... Offender began using the shower area on August 23rd, 2019 (& every Monday - Wednesday - Friday there after) at which time offender told C/o Burton & C/o Montez that the showers need to be decontaminated prior to offenders usage to which C/o Burton would state "Come on Dude you're in Pontiac ain't shit clean here"... This is a continuous issue that deprives offender of a sanitary method of maintaining proper hygiene & health as this is a possible concern to the Health

Exhibit A-5

3 of 7

Housing Unit: NA 836 Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

081056

| Date: 10.4.19 | Offender (Please Print): B. Hargarten | ID#: R47926 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify) Conditions of Confinement
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: / / (Date of Report) (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

& wellbeing of offenders..

VI - Rodent/Pest Control.. Offender has witnessed on Numerous occasions birds flying & nesting within the N.A.D.S.C. Cellhouse. Birds carry all forms of parasites & harmful diseases that are easily contracted. Ants & centapedes are a common factor in invading offenders cell living quarters. These pests can become a nuicence in that offender has a fear of bugs crawling on him throughout the night which results in sleep deprivation & elevated signs of mental health decompensation. As stated in paragraph #V large water bugs are seen walking up & down the gallery. Field mice are also known to

**Relief Requested:** appear in the "Fall Season" to nest within the cellhouse Quarters. On September 21st, 2019 offender was awoken by a rustling noise in his cell only to find a mouse had been rummaging through his clothes & hygenic items

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

☒ Check if this is **NOT** an emergency grievance.

Brian J Hargarten (Offender's Signature) R47926 (ID#) 10.4.19 (Date)

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

Date Received: 10, 11, 19

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offenders are given the opportunity to use the toilet facilities prior to leaving their cell. The placement of offenders is an administrative decision. The movement of offenders is an administrative decision (cuffing, strip search, placement) (education) programs available to the offenders is an administrative decision

J Horton (Print Counselor's Name) (cont pg 7) JHorton (Counselor's Signature) 10.21.19 (Date of Response)

**EMERGENCY REVIEW**

Date Received: Received OCT 11 2019 Pontiac Grievance

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance

☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature / / Date

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (1/2018)

001066

Exhibit A-6

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Housing Unit ________ Bed # ________

No means of pesticides or repellant are or have been administered since offender's placement in the N.A.D.S.U. Even though offender constantly alerts Sgt. Edens & Sgt. Drysdale.

VII - Extreme Isolation / Confinement... Offenders in Pon. C.C. disciplinary Segregation are not allowed to have ANY physical human contact other than being handled by security staff or medical staff. Offender is housed in a single cell status where only one offender is permitted to live. Offender is housed around other S.M.I. or M.I. or offenders who for fun, games & amusement; with the sole intention of disrupting the peace, calm & mindfulness of others who bang & kick on the cell doors for hours on end. Especially the ones in need of attention. This atmosphere has caused offender to be subject to Mental Health decompensation associated with Extreme Isolation. Offender's Mental Instability has worsened with irreparable damage. Such disruptions has caused offender to suffer from sleep deprivation / Insomnia in that he is unable to sleep through all the Noise. He often is forced to stuff wet toilet paper in his ears to help block out the loud obscene noise. Offender has disclosed this information to his Mental Health Dr. Haggerty to aid in helping offender cope with his surroundings since Pon. C.C. staff refuse to address the situation.

VIII - Strip Search & Restraints... Offenders in the N.A.D.S.U. are forced to under-go a series of searches that are arbitrary to the fact in that they are forced to be strip searched with full cavity searches each & everytime offender is escorted to & from his cell for any reason. Furthermore offenders are forced to be hand cuffed behind the back, placed in waist chain shackles & shackled at the ankles before being escorted from their cells for any reason. Full strip searches & hand / ankle restraints are mandatory everytime offender leaves his cell despite the fact offender will have NO-ZERO physical contact with family, friends staff or other offenders. These ankle restraints have subjected offender to permanent scarring on the rear side of my ankles & the front below the shin.

IX - Schooling & Programs... A.) Religious Services - Offender of the Jewish; Judiasm faith are not allowed ANY form of religious service or fellowship with other offenders or staff of the same faith. There are no available services or fellowship opportunities; neither in a group participation setting or at the cellfront. Therefore depriving offender the opportunity under the First Amendment of the United States Constitution freedom of speech & practice of religious rights.

B.) There are no schooling, programs or activities afforded to Plaintiff while housed in the N.A.D.S.U. that will aid offender in becoming / being rehabilitated or constructive with his time.

X - Mental Health Therapy Participation - Rasho; et.al. V. Baldwin; et.al. Case No. 07-1298 in U.S.D.C. C.D.IL. is the Supreme Standard case recognized by the Illinois Department of Corrections

Exhibit A-7

Housing Unit NA 836 Bed #

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

0 8 1 0 5 6

Date: 10.4.19 | Offender (Please Print): B. Hargarten | ID#: R47926

Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Conditions of Confinement
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: __ / __ / __ (Date of Report) ____ (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** (I.D.O.C.)

Settlement Agreement. This settlement agreement ~~[illegible]~~ requires that Prisoners in Segregation for 60 days or more must recieve ten hours of structured out of cell time & ten hours of unstructured out of cell time (like yard). The Permanent injunction order, issued by the Court in April 2019 also requires the Department to provide mental health treatment to prisoners in Segregation to Prevent their mental health from getting worse. & to provide adequate care.

Also prisoners in Segregation more than sixteen days must get enough out of cell time to prevent their mental health from worsening. In the instant matter I.D.O.C. is limiting offenders participation in Mental

**Relief Requested:** Health treatment to one - One & a half hour Session of mental health treatment a week; opposed to the Mandated 5 two hour sessions a week ordered. Furthermore offender must choose between

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance

Brian J Hargarten (Offender's Signature) R47926 (ID#) 10.4.19 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10 / 11 / 19 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: an exterminator sprays for bugs and sets traps for mice regulary at North cell house.
Mental health issue is a medical issue and it needs to be forward directly to the grievan office.

H. Horton (Print Counselor's Name) H. Horton (Counselor's Signature) 10, 21, 19 (Date of Response)

**EMERGENCY REVIEW**

Date Received: __ / __ / __ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Received
OCT 11 2019
Pontiac

____ Chief Administrative Officer's Signature __ / __ / __ Date

081066

Exhibit A-9

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Housing Unit ______ Bed # ______

attending his Recreational Yard Period or his Mental Health Treatment when in truth there is no Need to be forced to have to choose between which Structured/unstructured out of cell time to attend because they are both ran on Separate time schedules with Ample time in between to Attend both. Yard Session is between 8:30 am - 11:30 am. Mental Health therapy is between 11:30 am - 1:00 pm or 12:30 pm - 2:00 pm. The practice of forcing offender to choose is Arbitrary & an over-all Capricious act used to oppress this offender. Offender has brought this issue/concern to Mental Health (M/H) Professional Dr. Haggerty; Lt. Robinson; Lt. Evans; Counselor Moroni.. Yet they have failed to rectify the situation in their official capacity. Thus resulting in a deprivation of offenders Mental Health Therapy Needs..

For the above mentioned Reasons offender has suffered atypical & Significant hardships, ~~ordinary to~~ outside ordinary incidents of prison life. offender also suffered Due Process Violations at the hands of Staff being deliberately indifferent

E.O.G.

B/X Brian J Haag

IVLH 13V 10-9-19 JK

Ex. B-1

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

**Grievance Officer's Report**

Date Received: 11/05/2019 Date of Review: 12/18/2019 Grievance # (optional): 081066

Offender: Hargarten, Brian ID#: R47926

**Nature of Grievance:**

Conditions- 8/11, N-838 (no water); 8/13, NA-868 (cell covered mace);Ventilation; Unsanitary showers; Rodents; Other- Inadequate cleaning supplies; ADM Policies - No toilet facilities Yard Pods; Segregation Confinement; Strip Searches/restrains. (4 combined Grievances)

**Facts Reviewed:**

Offender grieves "on August 11th,2019 Offender was housed in the N.A.D.S.U. in cell 838 when the water on his sink completely ceased to work." Offender states on 8/13/19 "moved this Offender into cell #836 in the NADSU. The cell had not been decontaminated or clensed and was covered with chemical agent known as mace." Offender states he is "not being able to adequately decontaminate the cell." Offender states "it is a common and custom practice that the NADSU. C/O staff do not supply offenders with adequate cleaning supplies in order to maintain a sanitary living environment." Offender states when asking about "cleaning soap is distributed on Sunday pm shift. This does not counter the other needed essentials to clean the cell with and often the dish soap passed out is so diluted it nearly amounts to bubbly water."

Offender states "the ventilation system inside his cell#836 does not work as the inside of the vent is covered in dust, mold, fungus and other unidentifiable agents." Offender states "There is a broken pipeline directly connected to the toilet facilities that everytime a toilet is flushed in the vacinity the broken pipe gushes soiled feces toilet water onto the vent often leaking into the offenders cell." Offender states while at recreational periods "offenders don't have accesss to nor are they allowed to utilize the toilet facilities. They are forced to urinate and deficate publicaly within their individual recreational cage."

[Continued pg.2]

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Counselor that the offender's grievance be DENIED for Rodents, due to exterminator sprays monthly; inadequate cleaning supplies due to response of Toxic Officer; denied use of bathroom while on yard, due to response of Lt. Evans. Unsanitary showers due to workers clean showers after use. Cell covered in mace due to cells are cleaned prior to inhabitation.

C Brubaker CCII (signature) CCII

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

Date Received: 12-20-19 ☑ I concur ☐ I do not concur ☐ Remand

Action Taken:

(signature) 12-20-19

Chief Administrative Officer's Signature — Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

12/31/19

Offender's Signature — ID# — Date

Exhibit B-2

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Offender states "Showers are never or rarely/ seldomly cleaned, scrubbed and decontaminated form the weeks usage." Offender states "the drainage is always clogged up (showers)."

Offender states "on many occasions it's not abnormal to witness huge water bugs crawling through the water in the shower area." Offender states "Offender has witnessed on numerous occasions birds flying and nesting within the NADSU cellhouse." Offender states "ants and centipedes are a common factor in invading offenders cell living quarters." Offender states "field mice are also known to appear in the fall season to nest within the cell house quarters."

Offender states offenders in NAD are "strip searched with full cavity searches each and every time offender is escorted to and from his cell for any reason. Furthermore offenders are forced to be hand cuffed behind the back, placed in waist chain shackles."
Offender states "not allowed any form of religious service or Fellowship with other offenders or staff of the same faith."

Offender states "no need to be forced to have to choose between which structured/ Unstructured out of cell time to attend because they are both ran on separate time schedules with ample time in between.

Counselor's Response: There is no record of cell NA836 having water issues. Offender is now housed in cell N730. Offenders cells are cleaned and ventilated after chemical agents are used. Windows were open on the gallery and fans were used to help with the ventilation. Showers are cleaned 3 days a week after use on shower days. Cleaning supplies are offered once a week (Sundays) on 2nd shift. Approved cleaning supplies are an administrative decision. I spoke to Sgt. Edens. He said that if the issues were brought to him, a work order would have been completed. There is no record of a work order being completed. Offenders are given the opportunity to use the toilet facilities prior to leaving their cell. The placement of Offenders is an Administrative Decision. The movement of Offenders is an Administrative Decision/ Cuffing, strip search, placement. Programs available to the Offenders is an Administrative Decision. An exterminator sprays for bugs and sets traps for mice regularly at North Cell House. Mental Health issue is a medical issue and it needs to be forward directly to the grievance office.

This Grievance Counselor reviewed correspondence: According to Offender 360 Offender was released from Segregation on 11/27/19. Offender is currently Admin Detention, level 1. Offender resides in North House 5 gallery.

Contacted North Administrative Cage Officer Klus who stated eight gallery is currently closed for painting and repairs. No offenders are currently on 8 gallery. Officer Klus stated that there was a work order for Cell 838 cold water that has been completed. Officer Klus stated there are no known birds in the cellhouse.

Contacted Lt. Evans who stated Offenders are allowed to use the bathroom before going out to outside recreation. Lt. Evans stated offenders are allowed to leave outside recreation if they need to use the bathroom. Lt. Evans stated he has been working with Mental Health and has been able to have offenders offered outside recreation and groups at separate times. Lt. Evans stated there are no known broken pipes in the tunnel behind offenders cells. Lt. Evans stated if there were a broken pipe a work order would be submitted.

Contacted Toxic Officer Haney who stated liquid cleaning soap supplied to Offenders is concentrated and needs to be diluted. Soap is sent to the Cellhouse's weekly for offenders.

Segregation Confinement; Strip Searches/restrains; placement; Programs available to the Offenders, and no toilets in Yard Pods is an Administrative Decision per DR 504 ( Administrative Policies/Decisions ); Therefore, these issues will not receive any further action or review from this Grievance Office.

It is the recommendation of this Grievance Counselor that the offender's grievance be DENIED for Rodents, due to exterminator sprays monthly; inadequate cleaning supplies due to response of Toxic Officer; denied use of bathroom while on yard, due to response of Lt. Evans. Unsanitary showers due to workers clean showers after use. Cell covered in mace due to cells are cleaned prior to inhabitation.

Exhibit C

JB Pritzker
Governor

Rob Jeffreys
Acting Director

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

January 24, 2020

Hargarten, Brian
Register No. R47926
Pontiac Correctional Center

Dear Mr. Hargarten:

This is in response to your grievance received on January 9th, 2020, regarding conditions, staff conduct, religious services, mental health treatment and restraints/searches, which occurred from August 11th, 2019-September 21st, 2019. Your grievance is dated October 4th, 2019. This office has determined the issue will be addressed without a formal hearing..

On 8/11/19 you state there was no water in North AD 838.* You state you notified multiple staff members.* On 8/13/19 you were moved to 836. The cell had not been cleaned. You state there was OC in the cell that caused burning skin. You state you told multiple staff about this issue. You requested cleaning supplies and were denied. You state there is no ventilation in 836, causing health problems. When you advised Sgt. Edens, he stated, "not my problem". You grieve the pipe in the tunnel is broke and leaking feces into your cell. You state you were denied the ability to use the toilet while on the yard. On 8/15/19 you were assaulted by another offender on the yard. Sgt. Edens denied you a shower and change of clothes.* You state you are forced to choose between rec time and mental health treatment.* You grieve there are bugs in the shower and the drains are clogged. You also grieve mice and insects in the cell/housing unit. You grieve the restraints and the unclothed searches being conducted every time you exit the cell. You grieve there are no Jewish services offered and* you are not provided an adequate amount of out of cell time and mental health treatment.*

Grievance Officer's Report (081066) and subsequent recommendations dated December 18th, 2019 and approval by the Chief Administrative Officer on December 20th, 2019, have been reviewed.

Based on a total review of all available information, it is recommended the grievance be ruled mixed.* Pontiac CC has closed 8 gallery to address concerns/repairs.* The water was repaired in 838. Cleaning supplies are offered on a weekly basis. Offenders are able to use a restroom upon request while on the yard. Searches, restraints and schedules are an administrative decision. An exterminator sprays monthly to address issues of rodent/insects. Showers are cleaned after use. Pontiac reports cells are cleaned prior to occupancy. The claims against Sgt. Edens could not be substantiated.* Mental health reported you are receiving 10hrs/week unstructured out of cell time and, due to staffing, four 2hr. structured out of cell groups.* The CAO may limit, restrict, discontinue, or deny a religious activity based upon concerns regarding security, safety, rehabilitation, institutional order, space, or resources. This is an administrative decision. There is no medical complaint for health issues from 8/11-10/4/19.

FOR THE BOARD: Amy Burle
Amy Burle
Administrative Review Board
Office of Inmate Issues

Concur. Rob Jeffreys sj
Rob Jeffreys
Acting Director

cc: Warden, Pontiac Correctional Center
Hargarten, Brian Register No. R47926

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

State of Illinois)
County of Livingston)

Exhibit D-1

# Affidavit

I, Cesilio Ramirez #M29540, do hereby declare that the following Information within this Affidavit is True & Correct to the best of my knowledge & belief. I am the Affiant, this affidavit is done of my own freewill, without coercion, promise or duress & If called am willing to testify to the truthfulness that;

I.) on or about August 8th, 2019 I was housed in Pontiac Correctional center on the North cellhouse's 8 gallery when multiple offender's were extracted & sprayed with mace/chemical Agenes- Pepper spray.

II.) After being heavily sprayed with pepper spray - chemical Agent the living quarters were Never decontaminated nor cleared so the harmful Agents Remained heavily upon the quarters where Inmates had been extracted from

III.) on about August 14th, 2019 my nighbor Brian Hargarten was moved out the cell & placed into a heavily Contaminated cell Contaning mace - pepper spray...

IV.) I tried to Alert the officers that the cell they were moving Hargarten to was heavily Contaminated with pepper spray as it still smelled strongly anytime in passing of it's vacinity. That was desregarded, even an officer stated he did not care.

V) Shortly there After I could hear Hargarten Complaing of a Burnine Sensation due to coming into contact with the Chemicals... he further Constantly asked to be moved, for cleaning supples & for medical attention because his skin, face, eyes & throat were burning badly from the mace

VI.) C.R Paragraph #V Went on for days & weeks until the offenars on 8 gallery had All been moved to 7 gallery due to structual deficiencies.

Pursuant to 735 ILCS 5/1-109 I declare under penalties of perjury that I am the named party in the above Action & the Information herein is true of substance & Correct to the best of my knowledge & belief.

November 20th, 2019

Respectfully
/s/ Cesilio Ramirez M29540

Cesilio Ramirez M29540

AFFIDAVIT OF Johnny White, Jr. #K-68531

I, Johnny White, Jr., being first duly sworn upon oath, swear that the following is true and correct to the best of my knowledge, understanding and belief. Affiant is willing to testify to the truthfulness there of, if called to do so as follows;

1.) I am a United States citizen, who is competent to testify to the facts set forth herein.

2.) I make the instant sworn affiance of my free will, knowingly and intelligently, without any coercion, promise or Duress.

3.) On Aug. 8th, 2019, I was incarcerated at the Pontiac CC. Located at 700 W. Lincoln St, Pontiac, Il 61764.

4.) On August 8th, 2019, while housed in the Pontiac CC. North Administration building Cell #836, Correctional Staff Tactical Unit despersed chemical agents known as Mace Multiple times, onto this offender's Person and living quarters of Cell # 836; covering the entire walls, Floor and Door.

5.) Upon doing so, the offender was then extracted from his living quarters at the North Administrative Building Cell # 836 and escorted to the Healthcare Unit.

6.) Upon returning to the Nort Administrative

Building offender was placed in cell #837, where he could still smell the chemical Agent, mace coming from the cell #836 which is next to Him.

7.) Shortly after being placed in cell #837 this offender learned that offender Brian Hargarten #R-47926 had been moved into the cell where chemical Agents (mace) had been dispersed just days prior without living quarters being decontaminated from the chemical Agent mace.

8.) This offender could hear Brian Hargarten crying out in agony throughout the day and night, due to the burning sensacion from the remaining chemical Agent mace within the living quarter.

9.) Furthermore this offender has personal knowledge that Brian Hargarten, complained to correctional staff and cell House nursing staff, requesting medical Attention and adequate cleaning supplies. Yet these requests went ignored and disregarded

10.) offender witnessed Brian Hargarten remain in cell #836 where the chemical Agents had been dispursed onto without proper decontamination from August 14th, 2019 to October 8th, 2019.

11.) During this period Brian Hargarten appeared to have large irratation/burn marks on his face, arms, chest and stomach area; all to which he complained

and Alerted correctional staff to.

12.) To my Knowledge Brian Hargorten filed an offender Grievance through the offender grievance process.

Under the Penalties as provided by law pursuant to 735 ILCS 5/1-109 I certify that the statements set forth herein the foregoing Affidavit are True and correct; except as to matters there in stated, to be upon belief as to such matters. I certify that I believe the same to be true.

/s/ Johnny White, Jr.
#K-68531
P.O. Box 99
Pontiac, Il. 61764

[signature]

Exhibit F-1

State of Illinois )
County of Livingston )

# Affidavit

I, Ian Lockhart, #R-18787 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in fact; moreover, this affidavit is done on my own free-will, without any coercion, promise, or duress and I'm willing to testify to:

1. On August 8, 2019, while housed in Pontiac C.C.'s North cell-house 8 gallery, myself and about 3 other inmates were extracted from our cell by the tactical unit. After being extracted from our cells, and having our property removed, we were returned to 8 gallery and placed in different cells due to our old cells being heavily contaminated with pepper spray.

2. During the above noted cell extraction we (myself and the other 3 inmates) were each sprayed multiple times all over our bodies and cells before being extracted and relocated back on 8 gallery.

3. On the ~~same~~ day of August 14, 2019 ~~only moments~~ after the cell extractions and relocations were completed I personally witnessed officers place Brian Hargarten #R-47926 in cell 836. This cell (836) was heavidly contaminated with pepper spray and fuming with the painful and negative effects of this chemical agents used only moments prior when another inmate was recently extracted from that cell.

4. Cell 836 had never been decontaminated/cleared before placing Brian Hargarten in that cell, From the moment Mr. Hargarten was placed in 836 he complained to every c/o that walked passed his cell about the chemical agents burning his entire body and making it hard for him to breath

5. I personally spoke out for 2 days to every officer that passed by my cell seeking to have Mr. Hargarten placed in a different cell, but all request and complaints fell on deaf ears. I was told multiple times by my gallery officer to mind my own business before I find myself in the same boat.

6. Dispite requests from Mr. Hargarten, myself and multiple other inmates to place Mr. Hargarten in a different cell; or atleast, supply some form of cleaning supplies so Mr. Hargarten himself can decontaminate his cell, all reqest were denied and Mr. Hargarten was forced to suffer the negative effects of being unable to properly decontaminate himself or his cell from August 14, 2019 until October 8, 2019.

Exhibit F-2

Pursuant to 28 USC 1746, 18 USC 1621 and 735 ILCS 5/1-109
I declare under penalty of perjury that I am the named party
in the above action and that the information contained therein is
true and correct to the best of my knowledge and belief.

November 18, 2019

Respectfully Submitted,
I. Lockhart
Ian Lockhart # R-18787
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL. 61764

Exhibit G-1

Housing Unit: NA 730 Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

081419

| Date: 10-28-19 | Offender: (Please Print) B. Hargarten | ID#: R47926 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Conditions of Confinement; Inadequate living Quarters Harrassment & retaliation
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: ___ / ___ / ___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On October 8th, 2019 this offender was returning from a Recreational Yard Session to his living Quarters to his cell on the North Administrative Detention Segregation Unit (N.A.D.S.U.) #836 that had (still) not been decontaminated by A chemical Agent Known as Mace... Upon entering the building this offender had been stopped by the N.A.D.S.U. Sergeant (Sgt) Drysdale stating "So you can't deal with or be man enough to tolerate some old mace we've moved your cell & (with ut-most sarcasm & ill intentions) we've given you the best cell left."

Upon being placed in the (New location) cell #728 in the N.A.

**Relief Requested:** ① Corrective action be taken; ② offender recieve response stating he suffered atypical & significant hardship at the hands of correctional staff; ③ No further Harrassment/Retaliation occur; ④ Adequate Remedies be Available

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

Brian J Hargarten — Offender's Signature | R47926 — ID# | 10 / 28 / 19 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10 / 28 / 19 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: As answered in GR#081066, there was no record of cell NA836 having water issues. Offender is now housed in cell N730. Offenders cells are cleaned and ventilated after chemical agents are used. Windows were open on the gallery and fans were used to help with the ventilation. Cells are cleaned once an offender is moved from the →

J Horton — Print Counselor's Name | J Horton — Counselor's Signature | 10 / 29 / 19 — Date of Response

**EMERGENCY REVIEW**

Date Received: Received OCT 28 2019 Pontiac Grievance Off

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Received NOV 07 2019

Chief Administrative Officer's Signature ______ Date ___ / ___ / ___

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)** Housing Unit 081419

Exhibit G-2

D.S.U. this offender noticed that the sink hot water had been stuck in the on-position where the water constantly ran with full pressure. The entire sink had calcium, lime, mold & mildew build up in an extremely unsanitary manner.

This offender immediately informed Correctional Officer C/o George that the cell was inadequate to be confined in, due to the extreme unsanitary mold, mildew, etc sink area & the constant water running. Offender then further requested adequate cleaning supplies only to be denied.

Inside the ("Chuck-hole") feeding slot there had been a nest of gnats (small flies) that constantly circled around in offenders cell. Although the cell had previously been freshly "painted" the inside chuck hole area still reeked of human feces; from the previous/numerous serious mental illness (S.M.I) offenders known to have thrown & spread feces over their cells in an attempt of attention. Again this offender was told to deal with it for now by C/o ...

[redacted]

That same very night the sink began to flood due to the constant pressure of the hot water being stuck in the running/on position. This forced me to wake up in a startled manner as he feared his well being may have been in danger of the unknown. Offender was forced to constantly attempt to clean the flooding of the sink up. Ultimately using a make shift device to navigate the over flowing water directly in the toilet facility...

The very next day this offender complained to C/o Kline & C/o George about the concerns of his living quarters. After a few more hours a decision was made by the cellhouse lieutenant (Lt.) to move this offender into another living quarter/cell designated at NADSU #730. C/o George made note of a huge bubble/pocket bulging from the ceiling as what appeared to contain some form of liquid.

Again offender requested cleaning supplies to clean the cell in a sanitary form/manner as this offender again had notice the inside of the chuck hole area to be covered in human feces/waste. Offender was told by Lt. Evans to deal with it. Adequate cleaning supplies were denied.

Offender then noticed there was a broken pipe in the tunnel directly behind offenders cell/(non working) ventilation system where anytime someone in the vacinity flushed their toilet soiled fecal water gushed onto his vent that leaked into the cell. Everytime the pipe gushed soiled water the bulge in the ceiling got a little bigger. Again offender complained to cellhouse staff only to be told

Housing Unit: NA 730 Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

081419

| Date: 10.28.19 | Offender: (Please Print) B. Hargarten | ID#: R47926 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): Conditions of Confinement; Inadequate living Quarters Harrassment & retaliation
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: / / Date of Report; Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

in essence it isn't their problem.

On October 11th, 2019 ~~[struck out]~~ while sleeping on the cell bed; (The bulge on the ceiling containing liquid being directly over the bedding area) the pocket of unknown, foul & rancid liquid burst spilling it's contents directly on this offenders head & face forcing him to wake up abruptly in shock. The smell/scent of this liquid was horrible. This offender stopped an unknown C/o (John Doe) who was assigned to work the gallery that shift 11pm – 7am. to State C/o this pocket of liquid popped & landed on my face, head & eyes. Please contact medical staff so that I recieve proper/adequate medical attention (including the flushing of eyes with medical assistance) Offender was refused medical treatment. Offender also requested that he

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☒ Check if this is NOT an emergency grievance.

Brian J Hargarten — Offender's Signature; R47926 — ID#; 10/28/19 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10/29/19 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: cell and new occupancy. Offender was moved from cell N 728 to N730 a day after being placed into N728. Cleaning supplies are offered once a week on 2nd shift. I spoke to Sgt. Maretto. He said there is a small spot above the offender's bed that appears to have some paint peeling, but there are no signs of the ceiling leaking. C/O Kluo said he'd put a work order →

Horton — Print Counselor's Name; Horton — Counselor's Signature; 10/29/19 — Date of Response

**EMERGENCY REVIEW**

Date Received: / / — Received OCT 28 2019 Pontiac Grievance Off

Received NOV 07 2019 Pontiac C...

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature; Date / /

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued) 081419

Housing Unit: Bed #:

Exhibit G-4

recieve a change of Clean clothing & bedding as the soiled liquid had an extream foul odor & stained the sheets etc, a dirty brownish color. Offender was also denied a change of clean bedding & clothing despite the officer in plain view of the soiled sheets, bedding & clothes. Offender then stated well atleast let me get some cleaning supplies to clean this unknown liquid up or move me to a different working cell. Again offender was told "you ask for too much aren't you a Convict."

The following day this offender noticed that directly under the pocket where the bulge on the ceiling was there is a crack in the ceiling where when the broken pipe behind offenders cell is flushed soiled water seaps through the crack & drips directly over the area where the bed post area is. Offender is forced on a daily basis to be subjected to soiled water with foul & rancid scent to drip on him throughout the night as he attempts to sleep. Being woken up at all hours of the night by dripping water soiled etc.. Offender again relayed this concern to C/O Only to be told "Stop complaining & man up.."

Offender further notified Lt. Evans that his current cell did not have adequate ventilation in that his vent was literally covered in dust & [illegible] foriegn objects blocking any/all ventilation passage - air way. Causing offender to begin sneezing, coughing, experience extreme allergy symptoms as swollen eye sockets, head-aches & dizziness... All efforts were disregarded.

In the instant matter offender has substantiated a claim of Harrassment & retaliation by Sgt. Drysdale due to production of Complaints made about his prior cell. Furthermore the conditions of confinement force offender to be subject to injury, atypical & significant hardship outside the incidents of ordinary prison life... The above named Correctional Staff have failed to execute under a color of law their official capacity & duties there of.

/S/ X B/H #R47926

Counselor Response Cont
in for the possible leakage. If offender believes he has a need to see medical, he is encouraged to complete a medical referral.

Exhibit H-1

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 11/07/2019 **Date of Review:** 01/23/2020 **Grievance # (optional):** 081419

**Offender:** Hargarten, Brian **ID#:** R47926

**Nature of Grievance:**

Conditions- Unsanitary/no cleaning supplies (North Administrative Detention 728 and North Administrative Detention 730). Also Staff conduct Sgt. Drysdale, C\O George, C\O Kline, and Lt. Evans.

**Facts Reviewed:**

Offender grieves on 10/8/19 "cell in North Administrative Detention Segregation Unit (NADSU) #836 that had still not been decontaminated by a chemical agent known as Mace." Offender states "Sergent (Sgt) Drysdale stating So you can't deal with or be man enough to tolerate some old mace we've moved your cell & (with ut-most sarcasm & ill intentions) we've given you the best cell left." Offender states "upon being placed in the (new location) cell #728 in the NA." "the sink hot water had been stuck in the on-position where the water constantly ran with full pressure. The entire sink had calcium, lime, mold & mildew build up." Offender states "informed c/o George that the cell was inadequate to be confined in due to the extreme unsanitary mold, mildew, ect. sink area & the constant water running. Offender then further requested adequate cleaning supplies only to be denied." Offender states "Inside the (chuck-hole) feeding slot there had been a nest of gnats." Offender states he was moved to "NADSU # 730. C/O George made note of a huge bubble/pocket bulging from the ceiling as what appeared to contain some form of liquid." Offender states "the inside of the chuck hole area to be covered in human feces/waste. Offender was told by Lt. Evans to deal with it. Adequate cleaning supplies were denied." Offender states "Offender then noticed there was a broken pipe in the tunnel directly behind offenders cell/ non working ventilation system where anytime someone in the vicinity flushed their toilet soiled feces/ water gushed onto his vent that leaked into the cell. Every time the pipe gushed soiled water the bulge in the ceiling got a little bigger." Offender states "notified Lt. Evans

[Continued pg. 2]

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Counselor that the offender's grievance be DENIED. Based on allegations denied by staff members are not substantiated in the contents of this grievance.

C Brubaker CCII — Print Grievance Officer's Name

[signature] CCII — Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 1-27-20 ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

Emily Ruskin [signature] — Chief Administrative Officer's Signature 1-27-20 — Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

Brian J Hargarten [signature] — Offender's Signature R47926 — ID# 1/29/20 — Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Exhibit H-2

that his current cell did not have adequate ventilation in that his vent was literally covered in dust and foreign objects any/all ventilation passage air way."

Counselor's Response: As answered in GR#081066, there was no record of cell NA 836 having water issues. Offender is now housed in cell N730. Offenders cells are cleaned and ventilated after chemical agents are used. Windows were open on the gallery and fans were used to help with the ventilation. Cells are cleaned once an Offender is moved from the cell and new occupancy. Offender was moved from cell N728 to N730 a day after being placed into N728. Cleaning supplies are offered once a week on 2nd shift. I spoke to Sgt. Naretto. He said there is a small spot above the offenders bed that appears to have some paint peeling, but there are no signs of the ceiling leaking. Ofc Klus said he'd put a work order in for the possible leakage. If offender believes he has a need to see medical, he is encouraged to complete a medical referral.

This Grievance Counselor reviewed correspondence. According to Offender 360 Offender is currently housed in North 527.

Contacted Officer Kline who stated she does not remember offender requesting cleaning supplies. Officer Kline stated if an offender does request cleaning supplies for their cell she will provide offender with cleaning supplies.

Contacted North House Lt. Evans who stated 7 gallery is the top floor for housing offenders. There are no cells or water pipes above 7 gallery North Administrative Detention. Offenders are unable to see the tunnels behind their cells. Lt. Evans stated Maintenance Chief Engineer Dave Kennedy has checked the vents in North Administrative Detention, also the ventilation system is working properly. Lt Evans stated all cells are cleaned prior to inmate occupancy. Lt. Evans stated all chuck holes, food boxes are checked, cleaned as needed prior to inmate occupancy. Lt. Evans stated he does not deny inmates cleaning supplies. Lt. Evans states he will not allow an inmate to reside in a unsanitary cell.

Contacted Officer George who stated he does not remember Hargarten complaining about "extreme unsanitary mold, mildew, ect. sink area & the constant water running." Officer George stated upon inspection there was no mold, mildew, or constant running water in the sink for North Administrative Detention 728. Officer George stated when inmates request cleaning supplies he does provide them with cleaning supplies. Officer George states there was no "huge bubble/pocket bulging from the ceiling as what appeared to contain some form of liquid."

Contacted Sgt. Drysdale who stated this incident never happened. Sgt Drysdale denies all allegations. Sgt Drysdale stated all cells are cleaned and inspected before moving in offenders.

Grievance Officer notes Pontiac Correctional Center contracts with a third party vendor to provide Pest Control. Pest Control is done monthly and as needed. Offenders are provided with cleaning supplies weekly in accordance with DR 504.620.

It is the recommendation of this Grievance Counselor that the offender's grievance be DENIED. Based on allegations denied by staff members are not substantiated in the contents of this grievance. Offenders are issued cleaning supplies weekly and according to staff statements cleaning supplies are available upon request. Officer George stated there was no mold, mildew, or constant running water in the sink for North Administrative Detention 728. Sgt. Naretto inspected and stated there is a small spot above the offenders bed that appears to have some paint peeling, but there are no signs of the ceiling leaking for North Administrative Detention 730.

Exhibit K-1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** 081951

Housing Unit: NH 730 Bed #:

| Date: 11/25/19 | Offender: (Please Print) Brian Hargarten | ID#: R47926 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☒ Other (specify): Conditions of Confinement; Inadequate Living Quarters Human Waste/Feces, leaking ceiling broken pipes
- ☐ Disciplinary Report: / / (Date of Report) (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Offender produces this grievance in compliance of the Title 20 Illinois Administrative Code Section 504.810(a) grievance procedure (2017 west).

History

On October 28th, 2019 this offender filed a grievance through the institutional grievance procedure regarding Conditions of Confinement; Inadequate living Quarters, Harrassment & Retaliation gr. #081419 ...

Complaining of a crack in the ceiling of offender's living Quarters directly above offender's bed / sleeping area, The leakage seeping through the crack is of soiled toilet water due to a broken pipeline directly behind offender's cell.

**Relief Requested:** ① Fix broken toilet pipeline ② Fix crack in the ceiling ③ Move offender into proper working cell ④ No retaliation come due to production of grievances

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Brian J Hargarten (Offender's Signature) R47926 (ID#) 11 / 25 / 19 (Date)

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 11 / 26 / 19 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I spoke to maintenance. Terry said there is a spot at NCH that has a small leak in the roof. and they have not been able to repair it yet. Offender is no longer housed in N 730. Administration is aware of the small leak.

JHorton (Print Counselor's Name) JHorton (Counselor's Signature) 1 / 10 / 20 (Date of Response)

**EMERGENCY REVIEW**

Date Received: / / Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Received NOV 26 2019 Pontiac Grievance Off

Chief Administrative Officer's Signature / / Date

Exhibit K-2

Housing Unit: ____________ Bed #: ________

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

spraying onto area that tends to (at Random or upon the Flushing of toilets of any offender in the Vacinity) leak/drip directly onto this offender during his sleeping hours or throughout the day/night.

On 10/29/19 Counselor Jamie Horton stated in her response "Officer Klus said he'd put a work order in for the possible leakage of/in offenders cell.

Since production of gr. #081419 Absolutely No relief or remedy has been provided to this offender in that he has (constantly) still been subjected to the Same Foul Conditions of Confinement where Human waste & fecal liquid leaks From his ceiling through the crack onto his person &/or bedding.. AnyTime the Offender's in the approximate area begin Flushing their (bowels-Humanwaste & urine) toilets soon thereafter the ceiling begins to leak the foul, soiled liquid due to the broken toilet pipeline in the tunnel behind offender's cell.

On November 13th, 2019 this offender ~~[illegible]~~ attended his Mental Health One on One Session where he expressed the above to Mental Health Professional Doctor Kray. Doctor Kray stated that these Conditions are Cruel & Unusual; as well as detrimental to this offender's Mental Health. That she'd submit an Incident Report detailing the Need for Correction/relief.

On November 15th, 2019 this offender spoke to Sergeant Diaz (on third shift) regarding the Constant leakage that was Visible to his Person. Offender expressed his Concerns of the leaking liquid Consisting of Human Waste & feces onto this offender's person & bedding. Sergeant Diaz acknowledged the leakage & stated that he would personally place a work order report on the cell because to his Knowledge there was not one Active on cell #NA730 regarding the issue.

* Conclusion *

Offender now re-submits this grievance issue because this is a re-occuring issue/concern that actively happens daily. Thus subjecting a Ni[illegible] repeating grievance procedure process. The fact that the Administration has direct Notification through Verbal accounts of offender & proper (prior) grievance procedure that offender is being subject to Cruel & Unusual punishment; Harsh Conditions of Confinement outside the scope of ordinary incidents of prison life. This offender should not have to live or be confined to living Quarters where Human Waste - Feces liquid leaks From his ceiling onto his person &/or bedding. Especially

Exhibit K-3

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Housing Unit: Bed #:

0 8 1 9 5 1

| Date: 11/25/19 | Offender: (Please Print) Brian Hargarten | ID#: R47926 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify) Conditions of Confinement; Inadequate Living Quarters Human waste/Feces, leaking ceiling, broken pipes
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** when there is an alternative (Simple) means of providing Correction, relief or remedy Consisting of but not limited to; (1) Having maintainance visit the cellhouse/cell Fix-patch up the crack in the ceiling, (2) Move or relocate offender to another operable-working cell/living quarter within the Cellhouse/living unit or (3) Fix the broken toilet pipeline in the tunnel that causes the liquid to Spray onto area that leaks into offender's cell.

The Administration's failure to provide ANY form of relief directly displays Knowledge of being deliberately indifferent & Knowledge of Subjecting offender to Atypical & Significant hardship by being forced to

~~Relief Requested:~~ endure such conditions that are unsanitary, dehumanizing & over-all irrational.

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

Brian J Hargarten — Offender's Signature | R47926 — ID# | 11/25/19 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 11/26/19 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Response on page 1

J Horton — Print Counselor's Name | J Horton — Counselor's Signature | 1/2/2020 — Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___

Received NOV 26 2019 Pontiac Grievance Off.

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ______ Date ___/___/___

Printed on Recycled Paper

Exhibit K-4

Housing Unit: ____________ Bed #: ________

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE (Continued)**

In Totality, the Administration has not chose to move offender into a proper working cell located in the cellhouse or Fix the underlying maintainance problem.

Respectfully submitted

B/H #R47926 NA730

* End of Grievance *

Exhibit "O-1"

Assigned Grievance #/Institution: Housing: 532

1st Lvl rec: JAN 29 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: FEB 04 2020

| Date: 1/27/20 | Offender (please print): Brian Hargarten | ID #: R47926 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Pontiac Corr. Center | | Facility where grievance issue occurred: Pontiac Corr. Center | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility ☒ Other (specify): Conditions of confinement; Basic necessity of life unsanitary / inhumane - Cruel & unusual Punishment.
- ☐ Disciplinary Report ______ Date of report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Offender produces this grievance in Compliance of the Title 20 Illinois Administrative Code Section 504.810 (d) 2017 west. Offender now grieves Conditions of Confinement; Cruel & unusual Punishment; Inhumane/ Unsanitary Conditions & a Substantial denial of a Basics necessity of Human life. As Follows;

On 1/24/20 this offender was removed From the North cell

☒ Continued on reverse

**Relief Requested:**

(1) No harrassment/retaliation due to grievance (2) Corrective action taken (3) Release offender to an operable cell (4) Provide response that offender endured Atypical & Significant hardships outside of ordinary incidents of prison life (5) Response stating offender endured cruel & unusual punishment

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

Brian J. Hargarten — Offender's Signature | R47926 — ID# | 1/27/20 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 1/29/20 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

A work order was submitted on 1/29/20. This Counselor observed offender put a large amount of toilet paper in his toilet and flush it. The toilet flushed just fine, but appeared to regurgitate tiny pieces of toilet paper back into the toilet as the toilet refilled.

J Horton — Print Counselor's Name | J Horton — Sign Counselor's Name | 1/29/20 — Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

Exhibit
0-2

083090

Assigned Grievance #/Institution: Pontiac Correctional Center Housing Unit Bed #

1st Lvl rec: JAN 2 9 2020 ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance** 2nd Lvl rec: FEB 0 4 2020

house Unit cell #527 & placed in the North Cellhouse Unit Cell #532 due to harsh Conditions of Confinement; leaking ceiling & unsanitary Chuck hole area; Feces-Human Waste offender grieved & properly substantiated through documentation (Offender was moved at appx. 1:45pm)

Upon placement into Cell #532 this offender observed the toilet facilities to be inoperable; in that the toilet was clogged up & did not Flush properly. Flushing the toilet Consisted of Not going down & Further more upon completion unknown Foreign objects/materials to regurgitate From the Septic tank pipeline. This consisted of used toilet paper containing Feces & Human waste. The smell of said materials & doing was foul & lingers within the cell.

At appx. 2:30 pm the assigned gallery Correctional Officer's (C/o) Conducted their Final Count Check. At which time this offender notified both C/o Bernstein & C/o Eskins of the aforemention & requested to get a "Plunger" or the "Snake" (utility devices Known to aid in unclogging toilets) or to be moved. Offender was told he had to wait until 2nd shift to get some form.

2nd shift Came & notified C/o assigned (unknown Name at this time) to North Cellhouse 5 gallery of the concerns (as above) only to be told there's Nothing they could do about it.

Later that evening this offender had to use the restroom so badly he used the toilet & the Feces & human waste would not go down the toilet when attempting to Flush.

The next day 1/25/20 this offender again relayed the above mentioned to C/o Bernstein of the inoperable toilet facilities who stated he'd bring me the Plunger to see if that'll work. A Plunger was Never brought.

Later that evening this offender again relayed the above to C/o Assigned to the North Cellhouse 5 gallery (Names Unknown at this time) where the C/o notified the cellhouse Lieutenant Smith. This Lt. ordered his staff C/o to bring the "Snake" & "Snake" the toilet out to try & Fix it. This was done to no avail the toilet remained inoperable. Offender was placed back in the cell #532 & told the ONLY thing that can be done is a work order placed to Fix it that may take a Few weeks or more to execute. Offender requested to be moved into another cell & was told there are none.

Again later that evening this offenders stomach was in pain From holding in his Humane waste From the prior served consumed meals; That he again was forced to deficate in a large plastic bag in the Sink & then to dispose of it by institutional garbage.

The toilet was Full of urine & had a strong urine scent coming there of, From the constant usage by this offender.

Exhibit D-3

Assigned Grievance #/Institution: Housing Unit: Bed: 53a

1st Lvl rec: JAN 29 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: FEB 04 2020

| Date: 1/27/20 | Offender (please print): Brian Hargarten | ID #: R47926 | Race (optional): Black |
|---|---|---|---|
| Present Facility: Pontiac Corr. Center | | Facility where grievance issue occurred: Pontiac Corr. Center | |

**Nature of grievance:**

- ☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility ☒ Other (specify): Conditions of confinement; Basic necessity of life unsanitary / inhumane - Cruel & Unusual Punishment
- ☐ Disciplinary Report ______ Date of report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 1/26/20 this offender then again requested to be moved & was told there's nothing that could be done. I'd have to wait for maintainance to fix the problem / toilet.

Later that evening this offender again spoke to C/O staff to relay the above & was told they'd check to see if a work order was in effect. Again later that evening offender was forced to defecate

☒ Continued on reverse

**Relief Requested:**

SEE PAGE #1

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is **NOT** an emergency grievance.

Brian J. Hargarten — Offender's Signature | R47926 — ID# | 1/27/20 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: 1/29/20 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Response on Page 1

J Horton — Print Counselor's Name | J Horton — Sign Counselor's Name | 1/29/20 — Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

______ Chief Administrative Officer's Signature ______ Date

Exhibit O-4

083090 Pontiac Correctional Center

Assigned Grievance #/Institution: ______ Housing Unit ______ Bed #: ______

1st Lvl rec: JAN 29 2020

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

2nd Lvl rec: FEB 04 2020

in a large plastic bag placed in the sink & disposed of through the institutional garbage.

The above actions are by far degrading, dehumanizing & disgusting. There is No reason why this offender should have been housed or placed/moved from one "defective - inhabitable cell" to another is out-rageous... Especially when the Administration is very aware of the problem yet fails to take corrective action or to resolve the issue.

This offender is being deprived a Basic Necessity of human Life in that the toilet Facilities are an essential Component to Human Life & daily (atleast 3 times a day) necessity. Further more these mentioned conditions are extremely unsanitary & demoralizing as to shock the Conscience of the offender. For at the least adding to the decompensation of offenders Mental Health Serious Mental Illness State that is constituted as irreparable harm.

*End of Grievance*

B/H #R47926

NCH 532
1-26-20 JB

RESPONSE TO OFFENDER'S GRIEVANCE

Exhibit R-1

**Grievance Officer's Report**

**Date Received:** 02/04/2020 **Date of Review:** 03/09/2020 **Grievance #** (optional): 083090

**Offender:** Hargarten, Brian **ID#:** R47926

**Nature of Grievance:**

Conditions - INOPPERABLE TOILET (CLOGGED); FOUL SMELL N-532 (1/24/20)

**Facts Reviewed:**

Offender grieves that the cell he resides in (N-532) toilet does not work properly. Offender states, "Flushing the toilet consisted of not going down and furthermore upon completion unknown foreign objects/materials to regurgitate from the septic tank pipeline. This consisted of used toilet paper containing feces and human waste. The smell of said materials and doing was foul and lingers within the cell."

Counselor's Response: A work order was submitted on 1/29/20. This Counselor observed offender put a large amount of toilet paper in his toilet and flush it. The toilet flushed just fine, but appeared to regurgitate tiny pieces of toilet paper back into the toilet as the toilet refilled.

This Grievance Counselor reviewed all available information and spoke to C/O B. Frazier (assigned to North Admin. Cage). C/O Frazier stated that offender was moved out of cell N-532 on 1/30/20, and is currently assigned to cell N-406. C/O Frazier verified that the toilet in N-406 is in good operating condition. C/O Frazier also states that no one currently resides in cell N-532.

{Continued Pg.2}

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be MOOT due to offender has been relocated to a different cell with a functional toilet. Any other judgment upon the issue would have no practical effect upon the existing controversy.

C Brubaker CCII — Print Grievance Officer's Name

[signature] CCII — Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 3/10/20

☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] — Chief Administrative Officer's Signature

3/10/20 — Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

Brian J Hargarten — Offender's Signature

R47926 — ID#

3/17/20 — Date

1:21-cv-01260-CRL # 1-1 Filed: 09/10/21 Page 35 of 45

Exhibit R-2

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Due to offender has been relocated to a different cell with a functional toilet, this Grievance Counselor recommends that this grievance be considered MOOT. Any other judgment upon the issue would have no practical effect upon the existing controversy.

Distribution: Master File Offender 62 Page 2 DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

Exhibit M

ILLINOIS DEPARTMENT OF CORRECTIONS

# Administrative Review Board
# Return of Grievance or Correspondence

**Offender:** Hargarten (Last Name) Brian (First Name) ____ (MI) R47926 (ID#)

**Facility:** Pontiac

☒ Grievance: Facility Grievance # (if applicable) 081951 Dated: 11/25/2019 or ☐ Correspondence: Dated: ______

Received: 3/4/2020 (Date) Regarding: Conditions- grieves conditions of cell

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☒ This office previously addressed this issue on 2/24/2020 (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): The conditions issue was addressed in grv# 081419

Completed by: Amy Burle (Print Name) Amy Burle (Signature) 3/9/2020 (Date)

Distribution: Offender
Inmate Issues

63 *Printed on Recycled Paper* 72 of

DOC 0070 (Rev. 3/2018)

Exhibit L

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

**Grievance Officer's Report**

**Date Received:** 01/22/2020 **Date of Review:** 02/16/2020 **Grievance # (optional):** 081951

**Offender:** Hargarten, Brian **ID#:** R47926

**Nature of Grievance:**

Conditions - CEILING LEAK (NAD-730)

**Facts Reviewed:**

Offender grieves that the cell he resides in (N-730) has a crack in the ceiling above offender's bed that leaks soiled toilet water due to a broken pipeline behind the cell. Offender complains that at random times or upon the flushing of toilets by any offender in the vicinity, the leak drips directly onto offender during sleeping hours throughout the day/night.

Counselor's Response: I spoke to maintenance. Terry said there is a spot at NCH that has a small leak in the roof and they have not been able to repair it yet. Offender is no longer housed in N-730. Administration is aware of the small leak.

This Grievance Counselor reviewed all information. Per Counselor's Response, Maintenance is aware of the leak but has not been able to repair it yet. Administration is also aware of the situation. Counselor notes that offender is no longer housed in N-730. Per Offender 360 offender was moved out of cell N-730 on 11/27/2020 to cell N-527. Offender currently resides in cell NAD-615.

Due to offender being moved from the cell with a leak (N-730) to cell N-527 on 11/27/2020, this Grievance Counselor recommends that this grievance be MOOT. Any other judgment upon the issue that when returned for cause would have no practical effect upon the existing controversy.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Counselor that the offender's grievance be MOOT due to offender was moved from the cell with the leak (N-730) on 11/27/2020 into cell N-527. Offender currently resides in cell NAD-615. Any other judgment upon the issue that when returned for cause would have no practical effect upon the existing controversy.

C Brubaker CCII — Print Grievance Officer's Name

[signature] CCII — Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

**Date Received:** 2-20-20 ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

Leonta Jackson [signature] — Chief Administrative Officer's Signature

2-20-20 — Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

Brian J Hargarten — Offender's Signature

R47926 — ID#

2/26/20 — Date

Distribution: Master File; Offender

*Printed on Recycled Paper*

DOC 0047 (Rev. 3/2019)

Exhibit J

J.B. Pritzker
Governor

Rob Jeffreys
Acting Director

# The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Hargarten, Brian

2/24/20
Date

ID# : R47926

Facility: Pontiac

This is in response to your grievance received on 2/19/2020. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 10/28/19 **Grievance Number:** 081419 **Griev Loc:** Pontiac

- ☐ Transfer denied by the Facility
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Assignment (job, cell)
- ☐ Commissary / Trust Fund
- ▣ Conditions (cell conditions, cleaning supplies, etc.) cell is dirty, denied supplies, leaky ceiling and water running
- ☐ Disciplinary Report: Dated: ________ Incident #
- ▣ Other Staff Conduct- Sgt. Drysdale, Co George, Co Kline and Lt. Evans

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden ________________ is advised to provide a written response of corrective action to this office by ________________.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ▣ Other: Offender now resides in NA615, making the conditions claim moot. Unable to substantiate the claims of staff misconduct; denied. Grievance is mixed.

FOR THE BOARD: Amy Burle
Amy Burle
Administrative Review Board

CONCURRED: Rob Jeffreys
Rob Jeffreys
Acting Director
2/25/20

CC: Warden, Pontiac Correctional Center
Hargarten, Brian, ID# R47926

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

Exhibit I

Inmate Id: R47926

Name: HARGARTEN, BRIAN

Chair Code: AMBU

Grv Type: L

Grv Code: CONDITIONS

Receive Date: 02/19/2020

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: PONTIAC CC

Hearing Loc: PONTIAC CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 081419

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 02/24/2020

Comments: GRV #081419 GRVS CONDITIONS OF (NADSU) #836; I/M CLAIMS CELL WAS NOT DECONTAMINATED BY MACE; I/M ALSO GRVS STAFF CONDUCT ON SGT. DRYSDALE, CO GEORGE, CO KLINE AND LT. EVANS.

Exhibit P

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R47926** | **Counseling Date** | 01/29/20 07:37:46:277 |
| **Offender Name** | **HARGARTEN, BRIAN** | **Type** | Collateral |
| **Current Admit Date** | 08/17/2012 | **Method** | Grievance |
| **MSR Date** | 11/21/2070 | **Location** | PON NORTH SEGREGATION |
| **HSE/GAL/CELL** | N -05-32 | **Staff** | KENNEDY, MALLORIE A., Office Coordinator |

Received grievance dated 1/27/20 pertaining to CONDITIONS- INOPERABLE TOLIET (CLOGGED); FOUL SMELL N532 (1/24/20). G#083090. Complaint forwarded to counselor for response at 1st level.

**Print Date 1/29/2020**

69 of 72

Exhibit Q

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **R47926** | **Counseling Date** | 02/04/20 14:10:46:523 |
| **Offender Name** | **HARGARTEN, BRIAN** | **Type** | Collateral |
| **Current Admit Date** | 08/17/2012 | **Method** | Grievance |
| **MSR Date** | 11/21/2070 | **Location** | PON NORTH ADMINISTRATIVE |
| **HSE/GAL/CELL** | NA-06-15 | **Staff** | KENNEDY, MALLORIE A., Office Coordinator |

Received G#083090. Complaint processed at Grievance Office 2nd level.

**Print Date 2/4/2020**

Exhibit S

J.B. Pritzker
Governor

Rob Jeffreys
Acting Director

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender: Hargerten, Brian

9/8/20
Date

ID# : R47926

Facility: Pontiac

This is in response to your grievance received on 3/23/20. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 1/27/20 **Grievance Number:** 083090 **Griev Loc:** Pontiac

- ☐ Transfer denied by the Facility
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Assignment (job, cell)
- ☐ Commissary / Trust Fund
- ☒ Conditions (cell conditions, cleaning supplies, etc.) Toilet was not functioning in offender's cell on 1/27/20
- ☐ Disciplinary Report: Dated: ________ Incident # ________
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden ________________ is advised to provide a written response of corrective action to this office by ________________.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ☐ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ☐ Other: Moot: Offender moved on 1/30/20.

FOR THE BOARD: [signature]
Dave White
Administrative Review Board

CONCURRED: [signature]
Rob Jeffreys
Acting Director

CC: Warden, Pontiac Correctional Center
Hargerten, Brian, ID# R47926

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

69 of 72

Exhibit N-1

# Affidavit

I, Juan Villalobos R17408, being first duly sworn upon oath swear that the following is True and Correct to the best of my Knowledge, understanding and belief. Affiant is willing to testify to the truthfulness these of and if called to do so as follows;

I.) I am a United States Citizen, who is competent to testify to the facts set forth here in.

II.) I make the instart Sworn affiance of my own free will, Knowingly and intelligently without any coercion, promise or duress.

III.) On October 10th, 2019 I was moved into the North cell house cell # 732 at the Pontiac Correctional Center

IV.) Upon being placed in the above assigned cell # NA 732 and flushing my toilet facility I could hear water gushing/Splashing from a broken pipeline behind my cell in the tunnel.

Exhibit N-2

V.) Upon information and belief; everytime an offender in the approximate Vacinity flushes (their Human Waste, urine and feces) the toilet the broken pipeline in the tunnel gushes large amounes of soiled water onto an area that leaks directly into offender Brian Hargarten's cell at NA 730.

VI.) Myself and offender Hargarten have notified the Pontiac Correctional Administration on Numerous occasions complaining of this concern. Yet the issue went unresolved and disregaroled

VII.) I have personal knowledge that offender Hargarten was subject to such conditions from October 10th 2019 until (at least) November 25th, 2019 having witnessed it on first hand accounts.

Under the penalties as provided by law of the civil Code of Procedure 735 ILCS 5/1-109 I certify that the

Exhibit N-3

Statements set forth herein the foregoing Affidavit are True and Correct; except as to matters these in stated to be upon belief as to such matters I certify that I believe the same to be true.

Date November 27th 2019 /s/ Juan Villalobos
AFFIANT

Juan Villalobos
R17408
P.O. Box 99
Pontiac, Illinois
61764