Hargarten - Plaintiff
V.
Burton; et.al - Defendant(s)



UNITED STATES DISTRICT COURT
Central DISTRICT OF ILLINOIS

Case # _____

ELECTRONIC FILING COVER SHEET

9/10/21
Date

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for the Central District of Illinois for review and filing.

Brian Hargarten                    #R47926
Name                               ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    (Yes) or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?    Yes or (No)

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:   101 pgs

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document                                                    Number of Pages    # of pages
   1. Certification of Authorized Institutional Officer                                   1 page
   2. Proof and Certificate of Service                                                    1 page
   3. Motion and Affidavit To Proceed In Dist. Court without paying fees or costs         6 pgs
   4. Motion For Recruitment of Counsel with Exhibits                                     18 pgs
   5. §1983 Civil Rights Complaint for Damages with Exhibits                              72 pgs

   Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.