United States District Court for the Central District of Illinois

Brian Hargarten - Plaintiff )
v. ) Case # _____
Christian Brcton, et. al - Defendant(s) )

• Proof and Certificate of Service •

To: United States District Court For the Central District of Illinois's
Clerk of District Court
U.S. District Court Central District of Illinois, Peoria Division
135 Federal Building
100 N.E. Monroe          Peoria, Illinois 61602

Please take Notice that on September 10th, 2021 I have by Submission to the Lawrence Correctional Center prison Law Library staff Electronically Filed the Documents listed below to the Clerk of Court United States District Court For the Central District of Illinois; 135 Federal Building 100 N.E. Monroe Peoria, Illinois 61602;

1.) Certification of Authorized Institutional Officer
2.) Proof and Certificate of Service
3.) Motion and Affidavit To Proceed In District Court Without Prepaying Fees or Costs
4.) Motion For Recruitment of Counsel with Exhibits
5.) §1983 Civil Rights Complaint for Damages With Exhibits
6.) Electronic Filing Cover Sheet

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare under Penalty of Perjury, that I am a Named party in the above action that I have read the above documents, and that the information Contained therein is True and Correct to the best of my Knowledge.

September 10th, 2021
Date

/s/x Brian J Hargarten
Brian Hargarten #R47926
10930 Lawrence Rd.
Sumner, Illinois 62466
Plaintiff: Pro-se

1 of 1